Submitted on record and briefs April 7, vacated in part; otherwise affirmed
May 24, 2000

## DAVID L. GOODALL,
*Appellant,*

*v.*

## Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-04-28684M; CA A106264)

1 P3d 511

David L. Goodall filed the brief *pro se.*

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Judgment requiring payment of court-appointed attorney fees vacated; otherwise affirmed. *Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999).